**JENNER & BLOCK LLP**
Navid C. Bayar (SBN 319640)
nbayar@jenner.com
525 Market Street, 29th Floor
San Francisco, CA 94105-2708
Telephone: (415) 293-4812

Susan J. Kohlmann (*pro hac vice application forthcoming*)
skohlmann@jenner.com
Alison Stein (*pro hac vice application forthcoming*)
astein@jenner.com
1155 Avenue of the Americas
New York, NY 10036-2711
Telephone: (212) 891-1690

**TORRIDON LAW PLLC**
Paul T. Cappuccio (*pro hac vice application forthcoming*)
pcappuccio@torridonlaw.com
Brett Katz (*pro hac vice application forthcoming*)
bkatz@torridonlaw.com
Justin M. Romeo (*pro hac vice application forthcoming*)
jromeo@torridonlaw.com
801 Seventeenth Street, N.W., Suite 1100
Washington, DC 20006
(202) 249-6900

*Attorneys for Defendants*
*News Corp UK & Ireland Limited and News Pty Limited*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| BRAVE SOFTWARE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>NEWS CORPORATION d/b/a NEWS CORP, DOW JONES & CO., INC., NYP HOLDINGS, INC. NEWS CORP UK & IRELAND LIMITED, and NEWS PTY LIMITED d/b/a NEWS CORP AUSTRALIA,<br><br>Defendants. | Case No. 4:26-cv-04758-JST<br><br>**DECLARATION OF EUGENIE C. GAVENCHAK IN SUPPORT OF DEFENDANTS NEWS CORP UK & IRELAND LIMITED AND NEWS PTY LIMITED'S MOTION TO DISMISS**<br><br>Hearing Date: September 10, 2026<br>Time: 2:00 PM<br>Dept: Courtroom 6, 2nd Floor<br>Judge: Hon. Jon S. Tigar<br><br>Action filed: May 19, 2026<br><br>Trial Date: TBD |

**DECLARATION OF EUGENIE C. GAVENCHAK**
**IN SUPPORT OF FOREIGN DEFENDANTS' MOTION TO DISMISS**

I, Eugenie C. Gavenchak, declare as follows:

1. My name is Eugenie C. Gavenchak. I am over 18 years of age. I am fully competent to make this declaration. I have personal knowledge of the facts set forth herein, and if called to testify as a witness, I would testify competently under oath.

2. My current title is Senior VP, Deputy General Counsel for News Corp. I have worked at News Corp for 31 years.

3. I submit this declaration in support of the Motion to Dismiss filed by News Corp UK & Ireland Limited ("News Corp UK") and News Pty Limited ("News Pty") (collectively, "Foreign Defendants") in Case No. 4:26-cv-04758-JST. I make this declaration based on personal knowledge and documents in News Corp's possession.

4. News Corp UK is a private limited company organized under the laws of England and Wales with its principal place of business in London, United Kingdom. News Pty is a proprietary limited company organized under the laws of Australia with its principal place of business in Sydney, Australia.

5. The names "News UK" and "News Corp Australia" are informal designations used to refer collectively to subsidiaries operating in those jurisdictions.

6. Neither News Corp UK nor News Pty own or hold exclusive rights in any works referenced in the February 27, Letter ("February Letter"). Neither News Corp UK nor News Pty are the beneficial owners of any copyright registrations referenced in the February Letter or the Complaint.

7. The United States copyrights referenced in the February Letter and the Complaint are owned by the domestic subsidiaries of News Corp, including Dow Jones & Co., Inc. and NYP Holdings, Inc.

8. Neither News Corp UK nor News Pty own or operate the websites referenced in the February Letter.

9. Prior to filing the present motion to dismiss, counsel for Foreign Defendants

communicated to Brave that they "will formally agree, irrevocably and unconditionally, that they and their related local affiliates in the newspaper publishing business will not commence, maintain or participate in and will release any claim, action, lawsuit or proceeding, whether in law or equity, against Brave Software Inc. in any jurisdiction in connection with any of the activities described in the February 27, 2025 letter from Paul T. Cappuccio to Brave Software Inc.'s CEO Brendan Eich arising prior to the date of this covenant not to sue and release."

10. Further, Foreign Defendants and all local affiliates in the newspaper business were willing to "agree to be subject to the outcome of the litigation in the United States whichever way it goes."

DATED: July 21, 2026

EUGENIE C. GAVENCHAK

Senior VP, Deputy General Counsel