**JENNER & BLOCK LLP**
Navid C. Bayar (SBN 319640)
nbayar@jenner.com
525 Market Street, 29th Floor
San Francisco, CA 94105-2708
Telephone: (415) 293-4812

Susan J. Kohlmann (*pro hac vice application forthcoming*)
skohlmann@jenner.com
Alison Stein (*pro hac vice application forthcoming*)
astein@jenner.com
1155 Avenue of the Americas
New York, NY 10036-2711
Telephone: (212) 891-1690

**TORRIDON LAW PLLC**
Paul T. Cappuccio (*pro hac vice application forthcoming*)
pcappuccio@torridonlaw.com
Brett Katz (*pro hac vice application forthcoming*)
bkatz@torridonlaw.com
Justin M. Romeo (*pro hac vice application forthcoming*)
jromeo@torridonlaw.com
801 Seventeenth Street, N.W., Suite 1100
Washington, DC 20006
(202) 249-6900

*Attorneys for Defendants*
*News Corp UK & Ireland Limited and News Pty Limited*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| BRAVE SOFTWARE, INC., | Case No. 4:26-cv-04758-JST |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS NEWS CORP UK & IRELAND LIMITED AND NEWS PTY LIMITED'S MOTION TO DISMISS** |
| vs. | |
| NEWS CORPORATION d/b/a NEWS CORP, DOW JONES & CO., INC., NYP HOLDINGS, INC., NEWS CORP UK & IRELAND LIMITED, and NEWS PTY LIMITED d/b/a NEWS CORP AUSTRALIA, | Hearing Date: September 10, 2026<br>Time: 2:00 PM<br>Dept: Courtroom 6, 2nd Floor<br>Judge: Hon. Jon S. Tigar |
| Defendants. | Action filed: May 19, 2026 |
| | Trial Date: TBD |

- 1 -    Case No. 4:26-cv-04758-JST

## [PROPOSED] ORDER

The Court, having fully considered the briefing and arguments presented by the parties, hereby **GRANTS** Defendants News Corp UK & Ireland Limited and News Pty Limited's Motion to Dismiss the Complaint as to them.  Moreover, amendment in this case would be futile since no amendment would change the lack of relevant copyright ownership by News Corp UK & Ireland Limited and News Pty Limited.  Accordingly, the Court **DISMISSES** all claims against News Corp UK & Ireland Limited and News Pty Limited **WITHOUT LEAVE TO AMEND**.

**IT IS SO ORDERED.**

DATED: _____          _____
                                                    HON. JON S. TIGAR
                                                    UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING MOTION TO DISMISS