**APPENDIX C**

**Select List of Copyright Registrations – Plaintiff Dow Jones & Company, Inc.**

| COPYRIGHT REG. NO. | TITLE OF WORK | AUTHOR OF WORK | PUBLICATION DATES FOR REGISTERED CONTENT |
|---|---|---|---|
| TX 9-442-680 | wsj.com | Dow Jones & Company, Inc. | July 22 - 31, 2024 |
| TX 9-445-492 | wsj.com | Dow Jones & Company, Inc. | August 1 - 31, 2024 |
| TX 9-444-230 | wsj.com | Dow Jones & Company, Inc. | September 1 - 30, 2024 |
| TX 9-463-635 | wsj.com | Dow Jones & Company, Inc. | October 1 - 31, 2024 |
| TX 9-463-417 | wsj.com | Dow Jones & Company, Inc. | November 1 - 30, 2024 |
| TX 9-494-263 | wsj.com | Dow Jones & Company, Inc. | December 1 - 31, 2024 |
| TX 9-494-780 | wsj.com | Dow Jones & Company, Inc. | January 1 - 31, 2025 |
| TX 9-507-266 | wsj.com | Dow Jones & Company, Inc. | February 1 - 28, 2025 |
| TX 9-525-696 | wsj.com | Dow Jones & Company, Inc. | March 1 - 31, 2025 |
| TX 9-534-115 | wsj.com | Dow Jones & Company, Inc. | April 1 - 30, 2025 |
| TX 9-538-492 | wsj.com | Dow Jones & Company, Inc. | May 1 - 31, 2025 |
| TX 9-550-264 | wsj.com | Dow Jones & Company, Inc. | June 1 - 30, 2025 |
| TX 9-550-912 | wsj.com | Dow Jones & Company, Inc. | July 1 - 31, 2025 |
| TX 9-552-206 | wsj.com | Dow Jones & Company, Inc. | August 1 - 31, 2025 |
| TX 9-562-157 | wsj.com | Dow Jones & Company, Inc. | September 1 - 30, 2025 |

| | | | |
|---|---|---|---|
| TX 9-581-758 | wsj.com | Dow Jones & Company, Inc. | October 1 - 31, 2025 |
| TX 9-599-806 | wsj.com | Dow Jones & Company, Inc. | November 1 - 30, 2025 |
| TX 9-587-592 | wsj.com | Dow Jones & Company, Inc. | December 1 - 31, 2025 |
| TX 9-601-812 | wsj.com | Dow Jones & Company, Inc. | January 1 - 31, 2026 |
| TX 9-598-133 | wsj.com | Dow Jones & Company, Inc. | March 1 - 31, 2026 |