**APPENDIX D**

**Select List of Copyright Registrations – Plaintiff NYP Holdings, Inc.**

| COPYRIGHT REG. NO. | TITLE OF WORK | AUTHOR OF WORK | PUBLICATION DATES FOR REGISTERED CONTENT |
|---|---|---|---|
| TX 9-442-675 | nypost.com | NYP Holdings, Inc. | August 12 - 31, 2024 |
| TX 9-444-348 | nypost.com | NYP Holdings, Inc. | September 1 - 27, 2024 |
| TX 9-445-592 | nypost.com | NYP Holdings, Inc. | September 29 - 30, 2024 |
| TX 9-468-750 | nypost.com | NYP Holdings, Inc. | October 1 - 31, 2024 |
| TX 9-463-406 | nypost.com | NYP Holdings, Inc. | November 1 - 30, 2024 |
| TX 9-525-538 | nypost.com | NYP Holdings, Inc. | December 1 - 31, 2024 |
| TX 9-494-793 | nypost.com | NYP Holdings, Inc. | January 1 - 31, 2025 |
| TX 9-492-893 | nypost.com | NYP Holdings, Inc. | February 1 - 28, 2025 |
| TX 9-525-779 | nypost.com | NYP Holdings, Inc. | March 1 - 31, 2025 |
| TX 9-534-186 | nypost.com | NYP Holdings, Inc. | April 1 - 30, 2025 |
| TX 9-558-636 | nypost.com | NYP Holdings, Inc. | May 1 - 31, 2025 |
| TX 9-551-976 | nypost.com | NYP Holdings, Inc. | June 1 - 30, 2025 |
| TX 9-550-631 | nypost.com | NYP Holdings, Inc. | July 1 - 31, 2025 |
| TX 9-568-542 | nypost.com | NYP Holdings, Inc. | August 1 - 31, 2025 |
| TX 9-569-853 | nypost.com | NYP Holdings, Inc. | September 1 - 30, 2025 |

| TX 9-581-695 | nypost.com | NYP Holdings, Inc. | October 1 - 31, 2025 |
| TX 9-587-316 | nypost.com | NYP Holdings, Inc. | November 1 - 30, 2025 |
| TX 9-587-325 | nypost.com | NYP Holdings, Inc. | December 1 - 31, 2025 |
| TX 9-601-806 | nypost.com | NYP Holdings, Inc. | January 1 - 31, 2026 |
| TX 9-596-421 | nypost.com | NYP Holdings, Inc. | March 1 - 31, 2026 |

Appendix 4 - Page 2