Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
CRAVATH, SWAINE & MOORE LLP
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000

Mark Conrad (SBN 255667)
mconrad@conmetkane.com
CONRAD | METLITZKY | KANE LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 343-7100

*Counsel for Brave Software, Inc.*

Susan Kohlmann (*pro hac vice*)
skohlmann@jenner.com
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 891-1690

Navid C. Bayar (SBN 319640)
nbayar@jenner.com
JENNER & BLOCK LLP
525 Market Street, 29th Floor
San Francisco, CA 94105
Telephone: (212) 891-1690

*Counsel for News Corporation, et al.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

BRAVE SOFTWARE, INC.,

*Plaintiff-Counter-defendant,*

v.

NEWS CORPORATION d/b/a NEWS CORP, DOW JONES & CO., INC., NYP HOLDINGS, INC.,

*Defendants-Counter-claimants*,

NEWS CORP UK & IRELAND LIMITED, NEWS PTY LIMITED d/b/a NEWS CORP AUSTRALIA,

*Defendants.*

Case No. 4:26-cv-04758-JST

**JOINT STIPULATION REQUESTING EXTENSION OF DEADLINES TO BRIEF MOTION TO DISMISS AND RESPOND TO COUNTERCLAIMS, EXTENSION OF INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES, AND REFERRAL OF PARTIES TO PRIVATE MEDIATION & [~~PROPOSED~~] ORDER**

Judge: Hon. Jon S. Tigar

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiff and Counter-defendant Brave Software, Inc. ("Brave"), Defendants and Counter-claimants News Corporation d/b/a News Corp, Dow Jones & Co., Inc., and NYP Holdings, Inc. (collectively, the "Domestic Defendants"), and Defendants News Corp UK & Ireland Limited and News Pty Limited d/b/a News Corp Australia (collectively, the "Foreign Defendants" and, together with Brave and the Domestic Defendants, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, Brave filed suit against the Domestic Defendants and the Foreign Defendants on May 19, 2026 (Dkt. No. 1 (the "Complaint"));

WHEREAS, the Foreign Defendants moved to dismiss Brave's claims against them on July 21, 2026 (Dkt. No. 24 (the "Motion to Dismiss"));

WHEREAS, the Domestic Defendants answered the Complaint and asserted counterclaims against Brave on July 21, 2026 (Dkt. No. 25 (the "Counterclaims"));

WHEREAS, absent modification to the briefing schedule, Civil Local Rule 7-3 requires Brave to oppose the Motion to Dismiss within fourteen (14) days, *i.e.*, by August 4, 2026, and requires the Foreign Defendants to reply to Brave's opposition within seven (7) days thereafter;

WHEREAS, Federal Rule of Civil Procedure 12(a)(1)(B) requires Brave to respond to the Counterclaims within twenty-one (21) days, *i.e.*, by August 11, 2026;

WHEREAS, absent modification pursuant to Civil Local Rule 16-2, the Court's Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. No. 7) sets a deadline of July 28, 2026 for the Parties to meet and confer pursuant to Federal Rule of Civil Procedure 26(f), a deadline of August 11, 2026 for the Parties to serve initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1), a deadline of August 11, 2026 for the Parties to submit a Joint Case Management Statement, and an Initial Case Management Conference for August 18, 2026, at 2:00 p.m.;

WHEREAS, the Parties have met and conferred regarding alternative dispute resolution ("ADR") and have reached a stipulation pursuant to Civil Local Rule 16-8(c), ADR Local Rule 2-3, and ADR Local Rule 3-5 to participate in private mediation to be completed by November 5, 2026, with a status report (the "Status Report") to be filed within five (5) days of completion of the mediation;

WHEREAS, the Parties have met and conferred and agree that it is in their mutual interest (i) to allow additional time to engage in ADR, (ii) to allow Brave additional time to respond to the Counterclaims, and (iii) to allow additional time for briefing on the Motion to Dismiss;

NOW, THEREFORE, the Parties jointly request that, for the benefit of the Parties and the Court, the deadlines described above be modified as follows:

1. Pursuant to Civil Local Rule 6-1(a), Brave's deadline to respond to the Counterclaims (Dkt. No. 25) shall be, and hereby is, extended to November 5, 2026.
2. Subject to approval of the Court, Brave's deadline to oppose the Motion to Dismiss shall be extended to August 27, 2026, and the Foreign Defendants' deadline to reply to Brave's opposition shall be extended to September 17, 2026.
3. Subject to approval of the Court, the Parties are referred to private mediation to be completed by November 5, 2026, with the Status Report to be filed within five (5) days of completion of the mediation.
4. Subject to approval of the Court, the Initial Case Management Conference and all associated deadlines are vacated, subject to rescheduling upon filing of the Status Report.

IT IS SO STIPULATED:

DATED: August 3, 2026

By: */s/ Gary A. Bornstein*
Gary A. Bornstein

Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
CRAVATH, SWAINE & MOORE LLP
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000

Mark Conrad (SBN 255667)
mconrad@conmetkane.com
CONRAD | METLITZKY | KANE LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 343-7100

*Counsel for Brave Software, Inc.*

DATED: August 3, 2026

By: */s/ Susan Kohlmann*
Susan Kohlmann

Susan Kohlmann (*pro hac vice*)
skohlmann@jenner.com
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 891-1690

Navid C. Bayar (SBN 319640)
nbayar@jenner.com
JENNER & BLOCK LLP
525 Market Street, 29th Floor
San Francisco, CA 94105
Telephone: (212) 891-1690

*Counsel for News Corporation, et al.*

**~~[PROPOSED]~~ ORDER**

**PURSUANT TO STIPULATION**, the deadline for Plaintiff and Counter-defendant Brave Software, Inc. ("Brave") to oppose the Motion to Dismiss filed by Defendants News Corp UK & Ireland Limited and News Pty Limited d/b/a News Corp Australia (collectively, the "Foreign Defendants") shall be extended to August 27, 2026, and the deadline for the Foreign Defendants to reply to Brave's opposition shall be extended to September 17, 2026.

**PURSUANT TO STIPULATION**, Brave, the Foreign Defendants, and Defendants and Counter-claimants News Corporation d/b/a News Corp, Dow Jones & Co., Inc., NYP Holdings, Inc. (collectively, the "Domestic Defendants", and, together with Brave and the Foreign Defendants, the "Parties") are referred to private mediation to be completed by November 5, 2026, with the Parties to file a status report within five (5) days of completion of the mediation.

*****The Initial Case Management Conference is continued until November 17 at 2:00 p.m. via Zoom videoconference. All corresponding deadlines are continued accordingly.*****

**IT IS SO ORDERED.**

Dated: August 4, 2026

Jon S. Tigar
U.S. DISTRICT COURT JUDGE