Mark Conrad (SBN 255667)
mconrad@conmetkane.com
CONRAD | METLITZKY | KANE LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 343-7100

Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
CRAVATH, SWAINE & MOORE LLP
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000

*Counsel for Brave Software, Inc.*

Susan J. Kohlmann (*pro hac vice*)
skohlmann@jenner.com
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 891-1690

Navid C. Bayar (SBN 319640)
nbayar@jenner.com
JENNER & BLOCK LLP
525 Market Street, 29th Floor
San Francisco, CA 94105
Telephone: (212) 891-1690

*Counsel for News Corporation, et al.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

BRAVE SOFTWARE, INC.,

*Plaintiff-Counterdefendant,*

v.

NEWS CORPORATION d/b/a NEWS CORP, DOW JONES & CO., INC., NYP HOLDINGS, INC.,

*Defendants-Counterclaimants,*

NEWS CORP UK & IRELAND LIMITED, NEWS PTY LIMITED d/b/a NEWS CORP AUSTRALIA,

*Defendants.*

Case No. 4:26-cv-04758-JST

**JOINT STIPULATION REQUESTING EXTENSION OF DEADLINE TO RESPOND TO COUNTERCLAIMS & ~~[PROPOSED]~~ ORDER**

Judge: Hon. Jon S. Tigar

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiff and Counterdefendant Brave Software, Inc. ("Brave"), Defendants and Counterclaimants News Corporation *d/b/a* News Corp, Dow Jones & Co., Inc. ("Dow Jones"), and NYP Holdings, Inc. ("NYP Holdings") (collectively, the "Domestic Defendants"), and Defendants News Corp UK & Ireland Limited and News Pty Limited *d/b/a* News Corp Australia (collectively, the "Foreign Defendants" and, together with Brave and the Domestic Defendants, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, Brave filed a declaratory judgment action against the Domestic Defendants and the Foreign Defendants on May 19, 2026 (Dkt. No. 1 (the "Complaint"));

WHEREAS, the Domestic Defendants answered the Complaint and Dow Jones and NYP Holdings asserted counterclaims against Brave on July 21, 2026 (Dkt. No. 25 (the "Counterclaims"));

WHEREAS, pursuant to the Parties' prior stipulation (Dkt. No. 44), Brave's deadline to respond to the Counterclaims was November 17, 2026;

WHEREAS, the Parties participated in private mediation on November 12, 2026 with their mutually agreed mediator pursuant to the Court's September 4, 2026 Order (Dkt. No. 44), and the Parties remain engaged in ongoing mediation and settlement discussions;

WHEREAS, the Parties jointly requested the Court to extend Brave's deadline to respond to the Counterclaims to November 19, 2026 (Dkt. No. 47) in order to facilitate ongoing mediation and settlement discussions;

WHEREAS, the Court granted that request in an order dated November 19, 2026 (Dkt. No. 48);

WHEREAS, the Parties have met and conferred and agree that it is in their mutual interest to allow Brave additional time to respond to the Counterclaims so that the Parties may continue their ongoing mediation and settlement discussions;

WHEREAS, Brave's deadline to respond to the Counterclaims has previously been extended by stipulation (Dkt. Nos. 41, 44, 48), and the requested extension will not alter any other

deadline set by the Court, including the December 17, 2026 hearing on the Foreign Defendants' Motion to Dismiss (Dkt. No. 24) and the December 22, 2026 Initial Case Management Conference;

NOW, THEREFORE, the Parties jointly request that the deadline described above be modified as follows:

1. Pursuant to Civil Local Rule 6-1(a), Brave's deadline to respond to the Counterclaims (Dkt. No. 48) shall be, and hereby is, extended to November 24, 2026.
2. The parties shall file a further status report on or before November 24, 2026.

IT IS SO STIPULATED:

DATED: November 19, 2026

By: */s/ Gary A. Bornstein*
Gary A. Bornstein

Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
CRAVATH, SWAINE & MOORE LLP
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000

Mark Conrad (SBN 255667)
mconrad@conmetkane.com
CONRAD | METLITZKY | KANE LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 343-7100

*Counsel for Brave Software, Inc.*

DATED: November 19, 2026

By: */s/ Susan J. Kohlmann*
Susan J. Kohlmann

Susan J. Kohlmann (*pro hac vice*)
skohlmann@jenner.com
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 891-1690

Navid C. Bayar (SBN 319640)
nbayar@jenner.com
JENNER & BLOCK LLP
525 Market Street, 29th Floor
San Francisco, CA 94105
Telephone: (212) 891-1690

*Counsel for News Corporation, et al.*

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Gary A. Bornstein, hereby attest that all other signatories listed, on whose behalf this filing is also submitted, have concurred in the content of this Stipulation and have authorized its filing by a conformed signature (/s/) within this e-filed document.

Dated: November 19, 2026

By: */s/ Gary A. Bornstein*

Gary A. Bornstein

**~~[PROPOSED]~~ ORDER**

**PURSUANT TO STIPULATION**, the deadline for Plaintiff and Counterdefendant Brave Software, Inc. to respond to the Counterclaims (Dkt. No. 48) is extended to November 24, 2026. The parties shall file a further status report on or before November 24, 2026.

**IT IS SO ORDERED.**

Dated: November 23, 2026

Jon S. Tigar
U.S. DISTRICT COURT JUDGE